Moore v. Virginia Department Of Corrections											Doc. 6

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 5 2007

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| WILLIAM MOORE,<br>    Plaintiff, | Civil Action No. 7:07cv00196 |
| | **FINAL ORDER** |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS,<br>    Defendant. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 25th day of April, 2007.

/s/ Glen E. Conrad
United States District Judge

Dockets.Justia.com