CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 25 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM MOORE,<br>　　Plaintiff, | )<br>)<br>)　Civil Action No. 7:07cv00196<br>)<br>)　**FINAL ORDER**<br>) |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS,<br>　　Defendant. | )　By: Hon. Glen E. Conrad<br>)　United States District Judge<br>) |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 25th day of April, 2007.

/s/ Glen E. Conrad
United States District Judge